```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 12-10119-wls
Fritzie Linder Greene                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0418-2         User: hisamoto            Page 1 of 2         Date Rcvd: Jun 04, 2013
                             Form ID: pdf013           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db             +Fritzie Linder Greene,   302 West Clairmont St,   Troy, NC 27371-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
                W S BADCOCK CORPORATION&line_sep;P O BOX 232&line_
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                    **Signature:**        _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:
              Anita Jo Kinlaw Troxler    office4@chapter13gboro.com,  office5@chapter13gboro.com
              Debbie  Richey    on behalf of Creditor    W.S.Badcock Corporation debbie.richey@badcock.com
              Michael J. McCrann    on behalf of Debtor Fritzie Linder Greene ecf@mccrannlaw.com
              Patti H. Bass    on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com
                                                                                             TOTAL: 4

C-13-15(a)Motion  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| GREENE, FRITZIE LINDER   xxx-xx-8156 | ) | |
| 302 WEST CLAIRMONT ST | ) | No:  12-10119  C-13G |
| TROY, NC 27371 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed April 25, 2012.  On May 8, 2013 the Montgomery County Tax Office filed claim #14 as secured in the amount of $26.37 in reference to 2010 real property taxes.  The Trustee recommends that an Order be entered allowing claim #14 of the Montgomery Count Tax Office in the amount of $26.37 as an amendment to claim #12 previously filed by the Montgomery County Tax Department.


Date:   May 30, 2013                                                                                                  s/Anita Jo Kinlaw Troxler  
AJKT:lac                                                                                                                          Standing Trustee  
-----------------------------------------------------------------------------------------------------------------------------------------------------------
**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   July 5, 2013       with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on   July 30, 2013     at 2:00 p.m., in the following location:

*Courtroom #1*  
*Second Floor*  
*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

Date:   **June 4, 2013**                                                                                           OFFICE OF THE CLERK  
                                                                                                                                       U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
12-10119 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

FRITZIE LINDER GREENE
302 WEST CLAIRMONT ST
TROY, NC 27371

MICHAEL J MCCRANN ESQ
704 N SANDHILLS BLVD
ABERDEEN, NC 28315-2599

W S BADCOCK CORPORATION
P O BOX 232
MULBERRY, FL 33860

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

BASS & ASSOCIATES PC
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ 85712

JEFFERSON CAPITAL SYSTEMS LLC
ATTN MANAGING AGENT
PO BOX 7999
ST CLOUD, MN 56302

MONTGOMERY COUNTY TAX
P O BOX 614
TROY, NC 27371